**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6013**

_____

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

CALVIN BERNARD GREEN, a/k/a Aaron O. Smith, Jr., a/k/a
Calvin M. Green, a/k/a Calvin D. Smith, a/k/a Calvin Marvin
Smith, a/k/a Calvin Darnell Green, a/k/a Budda Smith, a/k/a
Calvin Darnell Smith, a/k/a William Mingo Johnson,

 Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior
District Judge. (7:99-cr-00032-JCT-1)

_____

Submitted: March 15, 2012          Decided: March 20, 2012

_____

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Bernard Green, Appellant Pro Se.  Joseph W. H. Mott,
OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Bernard Green appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction and denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its order denying Green's Rule 59(e) motion. United States v. Green, No. 7:99-cr-00032-JCT-1 (W.D. Va. Dec. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because Green filed his motion for reconsideration of the court's order denying his § 3582(c)(2) motion within the twenty-eight-day time limit for motions under Fed. R. Civ. P. 59(e), we treat the motion as a Rule 59(e) motion to alter or amend judgment. Katyle v. Penn Nat'l Gaming, Inc., 637 F.3d 462, 471 n.4 (4th Cir.), cert. denied, 132 S. Ct. 115 (2011).